IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00618-WYD-CBS

JOSEPH W. EISELE,
RON GRAHAM, AND
INNERBALANCE HEALTH SYSTEMS, LLC,

Plaintiffs,

v.

JOAN MATHEWS LARSON

Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

---

Defendant Joan Mathews Larson, through her undersigned attorneys, hereby moves on an unopposed basis for an extension of time to answer or otherwise respond to Plaintiffs' Complaint filed on April 4, 2005, and in support states the following:

**<u>Certificate of Compliance with D.C.COLO LCivR. 7.1(A)</u>**

Undersigned counsel certifies that the parties have conferred regarding the relief requested in this motion. Counsel for Plaintiffs has indicated that Plaintiffs do not oppose an extension of time, up to and including July 18, 2005, for Defendant to answer or otherwise respond to this action.

**<u>Motion</u>**

1. Pursuant to the Notice of Lawsuit and Request for Waiver of Service and Summons dated April 5, 2005, Defendant's answer was originally due on June 6, 2005. Pursuant

to a motion for extension of time that this Court granted on June 15, 2005, Defendant's Answer is currently due on June 27, 2005.

2. The parties have scheduled a mediation to take place on June 28, 2005, which falls after the current deadline for Defendant to respond to Plaintiffs' Complaint. In the event that this lawsuit does not settle on the date of the mediation, and the parties continue settlement negotiations, Defendants request up through July 18, 2005 in which to respond to Plaintiff's Complaint.

3. This is Defendant's third request for an extension of time in which to respond to Plaintiff's complaint. This Court has granted both motions for extension filed by Defendant. Plaintiff has not opposed any of Defendant's request as the parties are attempting to settle this matter.

4. This motion is not made for an improper purpose and will not prejudice any party to this action.

WHEREFORE, Defendant requests, on an unopposed basis, an extension of time, up to and including July 18, 2005, to answer or otherwise respond to the Plaintiffs' Complaint.

Respectfully submitted this 24th day of June, 2005

s/Elizabeth Lokey Morton
Elizabeth Lokey Morton, #33194
DORSEY & WHITNEY LLP
Republic Plaza Building, Suite 4700
370 17th Street
Denver, CO 80202-5647
Telephone: (303) 629-3400
FAX: (303) 629-3450
E-Mail: lokey.lizzy@dorsey.com
Attorneys for Defendant Joan Mathews Larson

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 24th day of June, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Wade D. Warthen, Esq. | wwarthen@fslpc.com |
| Alan D. Sweetbaum, Esq. | asweetbaum@fslpc.com |

s/Lisa M. Valenzuela
Dorsey & Whitney, LLP
370 Seventeenth Street, Suite 4700
Denver, CO 80202
Telephone: (303) 629-3414
FAX: (303) 629-3450
E-Mail:Valenzuela.lisa@dorsey.com