IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-618-WYD-CBS

JOSEPH W. EISELE;
RON GRAHAM; and
INNERBALANCE HEALTH SYSTEMS, LLC,

    Plaintiff(s),

v.

JOAN MATHEWS LARSON,

    Defendant(s).

_____

**ORDER OF DISMISSAL**
_____

    The parties have filed a Stipulation for Dismissal with Prejudice on July 27, 2005. After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  July 28, 2005

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge